USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-10-2020_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**COVINGTON SPECIALTY INSURANCE**
**COMPANY,**

Plaintiff,

**18-cv-10078 (JGK)**

- against -

**ORDER**

**NY COMMISSARY, INC., ET AL.,**

Defendants.

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **January 24,**

**2020.** The time to move or answer is **February 14, 2020.**

Another conference is scheduled for **March 10, 2020** at

**4:30 P.M.**

**SO ORDERED.**

**Dated:    New York, New York**
**         January 9, 2020**

**John G. Koeltl**
**United States District Judge**