**LAW OFFICES OF**

# MARK HUS

233 BROADWAY
SUITE 900
NEW YORK, NY 10279

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/10/20

TELEPHONE: (212) 267 - 5000
FACSIMILE: (212) 267 - 5008

E-MAIL:MHUSOFFICE@AOL.COM

March 9, 2020

**VIA ECF**

Chambers of the Hon. John G. Koetl,
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

re: *Covington Specialty Insurance Co.*
*v. NY Commissary, Inc. et. al.,*
*(S.D.N.Y., 1:18-cv-10078-JGK)*

*[Handwritten: ADJOURNED TO TUESDAY, APRIL 21, 2020, AT 4:30PM. SO ORDERED. 3/10/20 /s/ John G. Koeltl USDJ]*

Hon. Judge Koetl:

I represent defendant New York Commissary in the above-described cause of action. I write to request that the conference, currently scheduled for tomorrow afternoon, be adjourned for several weeks. I make this request for two reasons.

First, the Jewish holiday of Purim will be observed tomorrow. While work is permitted on Purim, the late afternoon of that holiday is reserved for gatherings of family and/or friends to partake of a festive meal. The conference is scheduled for late in the afternoon and would prevent me from participating in that aspect of the observance of the holiday.

I did not realize that the conference would coincide with Purim until recently and, under ordinary circumstances, would not have had the temerity to request an adjournment of the conference for that reason so close to the date on which it is scheduled to take place. In this case, however, a conference tomorrow would serve little, or no, purpose inasmuch as the party that was added to the cause of action by plaintiff's Amended Complaint has yet to appear or respond in any way.

**LAW OFFICES OF MARK HUS**

Chambers of the Hon. John G. Koetl,
United States District Judge
March 9, 2020
Page 2

    I reached out to the attorney for the plaintiff to ensure that he had no objection to a request for an adjournment and am pleased to be able to report that he concurred that we would all be better served by postponing this conference for at least a few weeks.

    Accordingly, I respectfully request that the conference be rescheduled for two or three weeks hence. Thank you for your anticipated consideration and understanding.

Respectfully submitted,

Mark Hus

cc via ECF:  TRAUB LIEBERMAN STRAUS
&& SHREWSBERRY, LLP
*Attorneys for Covington Specialty*
*Insurance Company*
Attn.: Eric D. Suben, Esq.
Mid-Westchester Executive Park
Seven Skyline Drive
Hawtorne, New York 10532
(914) 347 - 2600

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
*Attorneys for 327 West 36th Street, LLC*
*and M Frucht Real Estate Services*
Attn.: Ross Barbour, Esq.
150 East 42nd Street
New York, New York 10017-5639
(212) 490 - 3000