```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

COVINGTON SPECIALTY INSURANCE
COMPANY,

                     **Plaintiff,**

       - against -

**NY COMMISSARY, INC., ET. AL.,**

                    **Defendants.**

───────────────────────────────────

**18-cv-10078 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The June 25, 2020 conference is canceled. The parties should provide a Rule 26(f) report by July 3, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 19, 2020**

                                         /s/ John G. Koeltl
                                      **John G. Koeltl**
                           **United States District Judge**