UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COVINGTON SPECIALTY INSURANCE COMPANY,

                                            Civil No. 1:18-CV-10078-JGK

                    Plaintiff,

  - against -                              **ORDER TO SHOW CAUSE**

NY COMMISSARY, INC., 327 WEST 36TH ST., LLC,
M. FRUCHT REAL ESTATE SERVICE, INC.,
ELHADJ MODOU SAKHO, MAJOR ELEVATOR
CORP., MAJOR ELEVATOR GROUP, INC. and
MANHATTAN COMMISSARY, INC.,

                    Defendants.
-------------------------------------------------------------------X

      Upon the annexed Affidavit in Support of Order to Show Cause by Vito John Marzano, sworn to the 17th day of July, 2020, the exhibits annexed collectively thereto, and upon all of the pleadings and proceedings heretofore had herein;

**IT IS HEREBY ORDERED** that defendant Manhattan Commissary, Inc. shall respond in writing to this Order to Show Cause for default judgment in favor of plaintiff Covington Specialty Insurance Company on all causes of action set forth in the Amended Complaint against defendant Manhattan Commissary, Inc; and together with such other and further relief this Court deems just and proper under the circumstances, by July 31, 2020. If defendant Manhattan Commissary, Inc. fails to respond by that date, judgment may be entered against it and defendant Manhattan Commissary, Inc. will have no trial. Plaintiff Covington Specialty Insurance Company may reply by August 10, 2020.

**IT IS FURTHER HEREBY ORDERED** that plaintiff shall serve a copy of this Order to Show Cause by **July 24, 2020 and** shall file proof of service by **July 28, 2020**.

No personal appearances are required in connection with this Order to Show Cause.

Dated: July 21, 2020
New York, New York

\_\_\_\_\_/s/ John G. Koeltl_____
The Honorable John G. Koeltl
United States District Judge