**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**COVINGTON SPECIALTY INSURANCE CO.,**

            Plaintiff,         18-cv-10078 (JGK)

    - against -               <u>ORDER</u>

**NY COMMISSARY, INC., ET AL.,**

            Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Defense counsel should move by Order to Show Cause to withdraw as counsel for the defendant. The proposed Order to Show Cause should provide that it must be served on the defendant by August 3, 2020, that proof of service should be filed by August 5, 2020, and that the defendant should respond by August 10, 2020. Any reply may be filed by August 13, 2020, at which time the Order to Show Cause is fully briefed. No appearance is necessary at that time. The proposed Order to Show Cause should state that if the defendant fails to respond to the Order to Show Cause, the motion to withdraw may be granted without any further proceedings.

The defendant should file the proposed Order to Show Cause by July 31, 2020.

The briefing on the motion for summary judgment is stayed pending the decision on the motion to withdraw.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **July 29, 2020**              \_\_\_\_\_/s/ John G. Koeltl\_\_\_\_\_
                                              **John G. Koeltl**
                                       **United States District Judge**