UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

COVINGTON SPECIALTY INSURANCE
COMPANY,                                                              **ORDER TO SHOW CAUSE**

                                   Plaintiff,

                      -against-

NY COMMISSARY, INC., 327 WEST
36TH ST., LLC, M. FRUCHT REAL ESTATE            **1:18-cv-10078-JGK**
SERVICE, INC., ELHADJ MODOU
SAKHO, MAJOR ELEVATOR CORP., and
MAJOR ELEVATOR GROUP,

                                   Defendants.

-----------------------------------------------------------X

   **UPON** the annexed Declaration of Mark Hus, duly executed on the 31st day of

July, 2020, the annexed Memorandum of Law and the pleadings and proceedings heretofore

had herein,

   **LET** defendant NY Commissary, Inc., show cause before this Court

   **WHY** an Order should not be granted permitting Mark Hus to withdraw as

counsel for defendant NY Commissary, Inc. in this case, effective immediately, and granting

such other and further relief as this Court may deem just and proper.

   **IT IS HEREBY ORDERED** that this Order to Show Cause must be served
                                          August 4, 2020
on defendant NY Commissary, Inc. by ~~August 3, 2020,~~ and

**IT IS HEREBY FURTHER ORDERED** that proof of service should be filed

by ~~August 5, 2020,~~ August 7, 2020 and

**IT IS HEREBY FURTHER ORDERED** that the defendant must respond by

August 10, 2020, and

**IT IS HEREBY FURTHER ORDERED** that any reply may be filed by

August 13, 2020, at which time the Order to Show Cause will be deemed fully briefed, and

**IT IS HEREBY FURTHER ORDERED** that no appearance is necessary at

that time and

**IT IS HEREBY FURTHER ORDERED** that if defendant NY Commissary,

Inc. fails to respond to the Order to Show Cause, the motion to withdraw may be granted

without any further proceedings.

Dated: New York, New York

           August 3, , 2020

                                        /s/ John G. Koeltl

                                        Hon. John G. Koeltl, U.S.D.J.