```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
COVINGTON SPECIALTY INSURANCE
COMPANY,
                    Plaintiff,            18-cv-10078 (JGK)

        - against -                       ORDER

NY COMMISSARY, INC., ET. AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

This Court's order, dated August 13, 2020, is corrected to indicate that Mark Hus has withdrawn from representing NY Commissary, Inc., and not Manhattan Commissary, Inc. The case remains stayed against NY Commissary Inc., until September 18, 2020, to allow NY Commissary, Inc. to obtain new counsel.

There is a pending order to show cause for a default judgment in favor of the plaintiff, Covington Specialty Insurance Company, against the defendant Manhattan Commissary, Inc. There has been no response to that motion, and it remains pending.

**SO ORDERED.**

**Dated:** New York, New York
August 17, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge