UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

COVINGTON SPECIALTY INSURANCE
COMPANY,

                    Plaintiff,

        - against -

NY COMMISSARY, INC., 327 WEST 36TH
ST., LLC, M. FRUCHT REAL ESTATE
SERVICE, INC., ELHADJ MODOU SAKHO,
and MANHATTAN COMMISSARY, INC.,

                    Defendants.
────────────────────────────────────

18-cv-10078 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a Proposed Judgment in

connection with the Motion for Default Judgment against

Manhattan Commissary and serve the Proposed Judgment on

Manhattan Commissary and NY Commissary by April 30, 2021.

SO ORDERED.

Dated:    New York, New York
         April 14, 2021          /s/ John G. Koeltl
                          John G. Koeltl
                  United States District Judge