UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COVINGTON SPECIALTY INSURANCE COMPANY,

        Plaintiff,

- against -

NY COMMISSARY, INC., 327 WEST 36TH ST., LLC, M. FRUCHT REAL ESTATE SERVICE, INC., ELHADJ MODOU SAKHO, and MANHATTAN COMMISSARY, INC.,

        Defendants.

18-cv-10078 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff is directed to provide a status update with respect to the remaining defendants in this case by May 17, 2021.

SO ORDERED.

Dated: New York, New York
May 10, 2021

                              John G. Koeltl
                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-21