UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COVINGTON SPECIALTY INSURANCE COMPANY,
                Plaintiff,

                                                                        18 civ 10078 (JGK)

-against-

NY COMMISSARY, et al.,
                Defendants.
-----------------------------------------------------------X

## ORDER

A ~~pre-motion~~ conference will be held on **Friday, May 28, 2021, at 12:00pm.** Dial-in: 888 363-4749, with access code 8140049.

The clerk is directed to close docket 141 as a letter motion.

**SO ORDERED.**

                                                                  */s/ John G. Koeltl*
                                                         **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          May 19, 2021