UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COVINGTON SPECIALTY INSURANCE COMPANY,

          Plaintiff,

- against -

NY COMMISSARY, INC., 327 WEST 36TH ST., LLC, M. FRUCHT REAL ESTATE SERVICE, INC., ELHADJ MODOU SAKHO, and MANHATTAN COMMISSARY, INC.,

          Defendants.

18-cv-10078 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The case is dismissed without prejudice. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
          May 28, 2021

_____
John G. Koeltl
United States District Judge